IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN LAUSHAW, et al.,                                                                    PLAINTIFFS

V.                                                                                   NO. 4:01CV120-P-D

JAMES V. ANDERSON, et al.,                                                         DEFENDANTS

## ORDER DENYING MOTION AS MOOT

Plaintiffs, through Mr. Laushaw, have filed a letter motion for injunctive relief. Plaintiffs were generously afforded a lengthy hearing on November 15, 2006, to address the Islamic inmates' concerns. Throughout the hearing and at its conclusion, the court instructed the parties, their respective counsel and Islamic representatives to consult with one another in an effort to collectively draft proposed modifications to the currently controlling consent order. After the parties have negotiated in good faith and have reached an agreement, the proposed modified order is to be presented to the court for review and consideration.

Plaintiffs now complain that the proposed modified order has not been submitted. The court did not set a finite deadline for submission of the proposed changes. Rather the court expects that the suggested modifications will be submitted within a reasonable time and reviewed by the court in due course. Furthermore, the court has been informed that Plaintiffs will be allowed some form of celebration even in the absence of an amended consent order. At this time, the court does not intend to grant any further relief than that discussed and described at the hearing. Therefore, Plaintiffs' motion (docket entry 64) is denied as moot.

So ordered this the 20th day of December, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE